UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paguada,

                Plaintiff,

—v—

Centric Denim USA, LLC,

                Defendant.

20-cv-8478 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's January 19, 2021 Order, the Plaintiff was to seek default judgment by February 1, 2021. Plaintiff has failed to do so. Plaintiff must file by February 20, 2021, or this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge